

Selex Communications, Inc.
650 Johnson Ferry Rd.
Suite 140-300
Atlanta, GA 30324 USA
+1-404-843-0431
+1-775-307-0756 Fax

Roman Scharf
JAJAH Inc.
2513 Charleston Road
Suite 102
Mountain View, CA 94043

November 10th, 2006

Dear Mr. Scharf:

I am writing you as the President of Selex Communications Inc. Selex was founded in the mid 1990s to offer cost effective telecommunications services and virtual home environment for cellular and mobile subscribers worldwide. We did this by providing a modified callback offering in order to help reduce the overall cost of calling for a mobile subscriber. Selex received US patent 6,308,070 "Method for Remote Telephone Call Origination" covering much of the technology used in this service offering and we and still maintains ownership in this patent.

From reading your press releases, it appears the services Jajah is offering are covered by this intellectual property. Specifically – "When you place a call with Jajah, your phone rings once, you pick it up and hear a recorded message saying Jajah will now connect your call. Then the phone rings at the other end." You will notice that the patent also covers the auto answer functionality to make this process seamless.

We are interested in pursuing licensing or sale discussions with Jajah for this intellectual property. It is our opinion that Jajah could benefit more from a sale transaction. This type of transaction would allow both use of the intellectual property and allow Jajah to assert the rights granted under the US patent system against other infringers (including roaming users into the United States). Jajah could use this blocking ability both to increase revenues through licensing and also to help shape the industry and competitor's service offerings. In essence this patent could assist Jajah in becoming the dominate leader in this space. We believe the priority date for this patent is extremely attractive and the methods described can be enforced against others in the industry.

Please let me know how we can proceed.

Regards,


Peter Roach
President