FILED IN CLERK'S OFFICE
U S D C   Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

APR 1 2 2007

JAMES N, HATTEN, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| SELEX COMMUNICATIONS, INC. <br><br> a Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> JAJAH, INC. <br><br> Defendant. | Civil Action No.: _____ <br><br> 2 07 CV 08 13 <br><br><br> JURY TRIAL DEMANDED |

## CERTIFICATION

I certify, to the best of my knowledge, that the complaint and additional papers attached thereto comply with the local rules for the United States District Court for the Northern District of Georgia.

Respectfully submitted,

Dated: April 11, 2007            By: _____

Christopher M. Arena
Georgia Bar No. 887755
Woodcock Washburn, LLP
2002 Summit Blvd. Suite 800
Atlanta, GA 30319-6400
(404) 459-5644
(404) 459-4217 (fax)

1