AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

SELEX COMMUNICATIONS, INC

**SUMMONS IN A CIVIL ACTION**

V.

JAJAH, INC

CASE NUMBER  **1 07 CV 0813**

TO: (Name and address of Defendant)

Roman Scharf
Jajah, Inc
2513 Charleston Road
Suite 102
Mountain View, CA 94043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M Arena
Woodcock Washburn, LLP
2002 Summit Blvd, Suite 800
Atlanta, GA 30319-6400

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

JAMES N. _____    4/12/07

CLERK    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left

☐ Returned unexecuted

☐ Other (specify)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0 00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____    _____
                 Date                      *Signature of Server*

                                        _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure