# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SELEX COMMUNICATIONS, INC. | Civil Case No.: 1:07-cv-00813-TWT |
| a Delaware Corporation | |
| Plaintiff, | |
| | JURY TRIAL DEMANDED |
| v. | |
| JAJAH, INC. | |
| Defendant. | |

## JOINT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant, JAJAH, Inc. ("JAJAH") and Plaintiff, Selex Communications, Inc. ("Selex") file this Joint Motion for Enlargement of Time to Answer, Move, or Otherwise Respond to the Complaint, and state:

1. Selex served its original Complaint on JAJAH on or about May 3, 2007. JAJAH has retained Wilson Sonsini Goodrich & Rosati and King & Spalding LLP to defend it in this action.

2. In accordance with the rules, JAJAH has until Wednesday, May 23, 2007 to answer, move, or otherwise respond to Selex's original Complaint. Selex

1

has agreed to allow JAJAH until Monday, June 22, 2007 in which to answer, move, or otherwise respond to the Complaint.

3. This enlargement of time is not sought for the purposes of delay, but so that justice may be done.

4. This is the first such extension of time being requested by either JAJAH or Selex.

WHEREFORE, JAJAH and Selex request that the Court grant this Joint Motion and enter an Order permitting JAJAH to answer, move, or otherwise respond to the Complaint on or before June 22, 2007.

Respectfully submitted,

KING & SPALDING LLP

Date: May 21, 2007

*s/ Jessica E. Neyman*
Benjamin F. Easterlin IV
Georgia Bar No. 237650
Jessica E. Neyman
Georgia Bar No. 141396
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
(404) 572 - 2430
(404) 572 - 5140

Attorney for Defendant, JAJAH, Inc.

                                              WOODCOCK WASHBURN LLP

Dated: May 21, 2007              *s/ Christopher M. Arena* (with express permission)
Christopher M. Arena
Georgia Bar No. 887755
Woodcock Washburn, LLP
2002 Summit Blvd., Suite 800
Atlanta, GA 30319-6400
(404) 459-5644
(404) 459-4217 (fax)

Attorney for Plaintiff, Selex Communications, Inc.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SELEX COMMUNICATIONS, INC.** | ) Civil Case No.: 1:07-cv-00813-TWT |
| **a Delaware Corporation** | ) |
| **Plaintiff,** | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| **JAJAH, INC.** | ) |
| **Defendant.** | ) |

## **ORDER**

The Court has considered JAJAH, Inc.'s and Selex Communications, Inc.'s Joint Motion for Enlargement of Time to Answer, Move, or Otherwise Respond to the Complaint and finds it meritorious. It is, therefore, ORDERED that JAJAH, Inc. is granted an enlargement of time within to answer, move or otherwise respond to the Complaint until on or before June 22, 2007.

SIGNED this _____ day of _____, 2007.

_____
Thomas W. Thrash, Jr.
United States District Judge

1