IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELEX COMMUNICATIONS, INC. ) | Civil Case No.: 1:07-cv-00813-TWT |
| a Delaware Corporation ) | |
| Plaintiff, ) | |
| v. ) | JURY TRIAL DEMANDED |
| JAJAH, INC. ) | |
| Defendant. ) | |

## **ORDER**

The Court has considered JAJAH, Inc.'s and Selex Communications, Inc.'s Joint Motion for Enlargement of Time to Answer, Move, or Otherwise Respond to the Complaint and finds it meritorious. It is, therefore, ORDERED that JAJAH, Inc. is granted an enlargement of time within to answer, move or otherwise respond to the Complaint until on or before June 22, 2007.

SIGNED this 23rd day of May, 2007.

/s/Thomas W. Thrash
Thomas W. Thrash, Jr.
United States District Judge

1