FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 24 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



Selex Communications, Inc. )
       **Plaintiff** )   CASE NO.: 07-CV-0813-TWT
)
v. )   Appearing on behalf of: Jajah, Inc.
)
JAJAH, Inc. )   Defendant
       **Defendant.** )   **(Plaintiff/Defendant)**

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** SEUNGTAIK MICHAEL SONG, hereby requests permission to appear pro hac vice in the subject case filed in the ATLANTA Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, NORTHERN DISTRICT OF CALIFORNIA, and/or the highest Court of the State of CALIFORNIA. **Petitioner** states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that (he/she) has provided fully all information requested on the reverse side of this application. **Petitioner** designates Benjamin F. Easterlin IV as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 22 day of May, 20 07.

_____
(Signature of Petitioner)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, BEN F. EASTERLIN IV, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 24th day of MAY, 20 07.

237650
Georgia Bar Number

_____
Signature of Local Counsel

404-572-2430
Business Telephone

King & Spalding _____ (Law Firm)

1180 Peachtree Street N.E. _____ (Business Address)

Atlanta, GA 30309-3521 _____ (City, State, Zip)

_____ (Mailing Address)

**COURTS TO WHICH ADMITTED** (Identify Court and Location)

Supreme Court, State of California

United States District Court, Northern District of California

United States Patent and Trademark Office

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA



07-CV-0813 - TWT
_____
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20 07 .

_____
UNITED STATES DISTRICT JUDGE

\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Seungtaik Michael Song |
| Residence Address: | 1336 Richardson Avenue |
| | Los Altos, CA 94024 |
| Business Address: | Wilson Sonsini Goodrich & Rosati |
| | Firm/Business Name |
| | 650 Page Mill Road, Palo Alto, CA 94304-1050 |
| | Street Address / City / State / Zip Code |
| | Mailing Address if Other Than Street Address |
| | (650) 493-9300 |
| | Telephone Number (Include area code) |