# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta 5/25/07

MAY 24 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk



Selex Communications, Inc.    )
         **Plaintiff**         )   CASE NO.: 07-CV-0813-TWT
                               )
v.                             )   Appearing on behalf of: Jajah, Inc.
                               )
JAJAH, Inc.                    )   Defendant
         **Defendant.**        )        (Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** James C. Yoon, hereby requests permission to appear pro hac vice in the subject case filed in the ATLANTA Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, NORTHERN DISTRICT OF CALIFORNIA, and/or the highest Court of the State of CALIFORNIA. **Petitioner** states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that (he/she) has provided fully all information requested on the reverse side of this application. **Petitioner** designates Benjamin F. Easterlin IV as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 22nd day of May, 20 07.

_____
(Signature of **Petitioner**)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, BEN F. EASTERLIN IV, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 24th day of MAY, 20 07.

237650
Georgia Bar Number

_____
B. F. Easterlin IV
Signature of Local Counsel

404-572-2430
Business Telephone

King & Spalding _____ (Law Firm)
1180 Peachtree Street N.E. _____ (Business Address)
Atlanta, GA 30309-3521 _____ (City, State, Zip)
_____ (Mailing Address)

## COURTS TO WHICH ADMITTED (Identify Court and Location)

Supreme Court, State of California

United States District Court, Northern District of California

United States Court of Appeals, Ninth Circuit

United States District Court, District of Arizona

United States Patent and Trademark Office

United States Court of Appeals, Federal Circuit

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA



07-CV-0813-TWT

Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20_07_.

_____
UNITED STATES DISTRICT JUDGE

***

NAME OF PETITIONER:   James C. Yoon

Residence Address:    1579 Kennewick Drive

                      Sunnyvale, CA  94087

Business Address:     Wilson Sonsini Goodrich & Rosati
                      Firm/Business Name
                      650 Page Mill Road, Palo Alto, CA 94304-1050
                      Street Address    City    State    Zip Code

                      Mailing Address if Other Than Street Address
                      (650) 493-9300
                      Telephone Number (Include area code)