# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 8 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

07-CV-0813-TWT
_____
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This __7__ day of __June__, 20__07__.

_____
UNITED STATES DISTRICT JUDGE

***

| | |
|---|---|
| **NAME OF PETITIONER:** | James C. Yoon |
| **Residence Address:** | 1579 Kennewick Drive |
| | Sunnyvale, CA 94087 |
| **Business Address:** | Wilson Sonsini Goodrich & Rosati |
| | Firm/Business Name |
| | 650 Page Mill Road, Palo Alto, CA 94304-1050 |
| | Street Address / City / State / Zip Code |
| | Mailing Address if Other Than Street Address |
| | (650) 493-9300 |
| | Telephone Number (Include area code) |