AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

SELEX COMMUNICATIONS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

JAJAH, INC.

CASE NUMBER: 07 CV 0813

TO: (Name and address of Defendant)

Roman Scharf
Jajah, Inc.
2513 Charleston Road
Suite 102
Mountain View, CA 94043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Arena
Woodcock Washburn, LLP
2002 Summit Blvd., Suite 800
Atlanta, GA 30319-6400

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                                            4-12-07
CLERK                                                      DATE

_(signature)_
(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/3/2007 |
| NAME OF SERVER *(PRINT)* Susan Messner | TITLE Paralegal for Woodcock Washburn, LLP |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Service perfected upon defendant by Fed Ex Delivery (Priority Overnight) to defendant's counsel as per agreement between the parties.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/24/2007
                    Date                    Signature of Server

                                            2929 Arch St., 12th Fl., Philadelphia, PA 19104
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

This tracking update has been requested by:

Company Name: WOODCOCK WASHBURN LLP

Name:  Woodcock Wasburn LLP WW

E-mail:  smessner@woodcock.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 790238341406 |
| Reference: | SELX-L1 |
| Ship (P/U) date: | May 2, 2007 |
| Delivery date: | May 3, 2007 8:45 AM |
| Sign for by: | .NGOOSSENS |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |

Shipper Information
Woodcock Wasburn LLP WW
WOODCOCK WASHBURN LLP
Cira Centre, 12th floor
2929 Arch Street
Philadelphia
PA
US
19104

Recipient Information
James C. Yoon, Esq.
Wilson, Sonsini
650 Page Mill Road
Palo Alto
CA
US
94304

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:57 AM  CDT on 05/03/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

5/22/2007