FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 29 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SELEX COMMUNICATIONS, INC. <br> **Plaintiff** <br><br> v. <br><br> JAJAH, INC. <br> **Defendant.** | CASE NO.: 07-CV-0813 **TWT** <br><br> Appearing on behalf of: PLAINTIFF <br><br> _____ <br> (Plaintiff/Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Dale M. Heist, hereby requests permission to appear pro hac vice in the subject case filed in the Civil Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, for the Eastern District of Pennsylvania, and/or the highest Court of the State of Pennsylvania. **Petitioner** states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that (he/she) has provided fully all information requested on the reverse side of this application. **Petitioner** designates Christopher M. Arena as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 24th day of _____, 20 07.

_____
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Christopher M. Arena, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 25th day of June, 2007

887755
Georgia Bar Number

404-459-5644
Business Telephone

_____
Signature of Local Counsel

Woodcock Washburn, LLP (Law Firm)

2002 Summit Blvd., Suite 800 (Business Address)

Atlanta, GA   30319-6400 (City, State, Zip)

same (Mailing Address)

## COURTS TO WHICH ADMITTED (Identify Court and Location)

Admitted to Practice in both PA and New Jersey State Courts;

United States District Court for the Eastern District of PA - Philadelphia, Pennsylvania;

U.S. Court of Appeals for the Third Circuit of PA - Philadelphia, Pennsylvania;

U.S. Court of Appeals for the Federal Circuit - Washington, D.C.;

U.S. Patent & Trademark Office - Washington, D.C.; and

U.S. Supreme Court - Washington, D.C.



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 29 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



07-CV-0813 **TWT**
_____
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20 _07_.

_____
UNITED STATES DISTRICT JUDGE

***

**NAME OF PETITIONER:** Dale M. Heist, Esquire

**Residence Address:** 1910 Welsh Valley Road

Malvern, PA  19355

**Business Address:** Woodcock Washburn, LLP
Firm/Business Name

2929 Arch Street, 12th Fl., Philadelphia, PA  19104-2891
Street Address | City | State | Zip Code

_____
Mailing Address if Other Than Street Address

215-568-3100
Telephone Number (Include area code)