**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 29 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 12 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

07-CV-0813 TWT
_____
Civil/Criminal Action Number

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 11 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

***

| | |
|---|---|
| **NAME OF PETITIONER:** | Dale M. Heist, Esquire |
| **Residence Address:** | 1910 Welsh Valley Road |
| | Malvern, PA   19355 |
| **Business Address:** | Woodcock Washburn, LLP |
| | Firm/Business Name |
| | 2929 Arch Street, 12th Fl., Philadelphia, PA   19104-2891 |
| | Street Address   City   State   Zip Code |

Mailing Address if Other Than Street Address

215-568-3100
Telephone Number (Include area code)