# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SELEX COMMUNICATIONS, INC.** a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>**JAJAH, INC.**<br><br>Defendant. | Civil Action No.: 1:07-cv-00813-TWT<br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS

(1)  The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

Plaintiff:   Selex Communications, Inc.

Defendant:   Jajah, Inc.

(2)  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate,

1

affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    For Selex:   Maurice S. Laster and Peter Roach Jr.

    For Jajah:   JAJAH Technologies S.A (Luxembourg), Jajah, Ltd. (Israel)

(3)    the undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a) For Selex:

> Dale M. Heist
> Erich M. Falke
> Woodcock Washburn LLP
> 2929 Arch Street, 12th floor
> Philadelphia, PA 19104
>
> Christopher M. Arena
> Woodcock Washburn LLP
> 2002 Summit Boulevard, Suite 800
> Atlanta, Georgia 30319

    (b) For Jajah:

> James C. Yoon
> S. Michael Song
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, CA 94304
>
> Benjamin Easterlin IV
> Jessica E. Neyman

2

Dayton Stout Verlarde
King & Spalding, LLP-Atlanta
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

Submitted this 20th day of July, 2007

By:  /s/*Christopher M. Arena*
Christopher M. Arena
Georgia Bar No. 887755
Woodcock Washburn, LLP
2002 Summit Blvd. Suite 800
Atlanta, GA 30319-6400
Tele: (404) 459-5644
Fax: (404) 459-4217
Counsel for Plaintiff

/s/ Benjamin F. Easterlin IV
Benjamin F. Easterlin IV
Georgia Bar No. 237650
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572 – 2430
Fax: (404) 572 - 5140
Counsel for Defendant

Certificate of Service

I hereby certify that on July 20, 2007, I electronically filed the foregoing JOINT CERTIFICATE OF INTERESTED PERSONS with the Clerk of Court using the CM/ECF system. In addition, a copy was served by electronic copy and electronic mail on:

>Jessica E. Neyman, Esquire
>King & Spalding, LLP-Atlanta
>1180 Peachtree Street, NE
>Atlanta, GA 30309-3521
>(404) 572-2430
>(404) 572-5140 (fax)
>jneyman@kslaw.com

>and
>Seungtaik Michael Song, Esquire
>Wilson Sonsini Goodrich & Rosati
>650 Page Mill Road
>Two Palo Alto Square
>Palo Alto, CA 94304
>(650) 493-9300
>(650) 493-6811 (fax)
>MSong@wsgr.com

Counsel for Defendant, Jajah, Inc.

>s/ *Christopher M. Arena*
>Christopher M. Arena
>Georgia Bar No. 887755
>Woodcock Washburn, LLP
>Counsel for Plaintiff