# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SELEX COMMUNICATIONS, INC.** ) <br> ) <br> a Delaware Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JAJAH, INC.** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 1:07-cv-00813-TWT <br><br><br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATION OF SERVICE OF DISCOVERY UPON DEFENDANT

To the Clerk:

I do hereby certify that on July 20, 2007, SELEX'S 1ST SET OF

INTERROGATORIES TO JAJAH and SELEX'S 1ST REQUESTS FOR

PRODUCTION OF DOCUMENTS AND THINGS TO JAJAH were served by

electronic mail, before 6:00 p.m. (EST) on:

> Jessica E. Neyman, Esquire
> King & Spalding, LLP-Atlanta
> 1180 Peachtree Street, NE
> Atlanta, GA 30309-3521
> (404) 572-2430

(404) 572-5140 (fax)
jneyman@kslaw.com

and

Seungtaik Michael Song, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Two Palo Alto Square
Palo Alto, CA 94304
(650) 493-9300
(650) 493-6811 (fax)
MSong@wsgr.com

Counsel for Defendant, Jajah, Inc.

/s/ *Christopher M. Arena*
Christopher M. Arena
Georgia Bar No: 887755
Woodcock Washburn, LLP
2002 Summit Blvd. Suite 800
Atlanta, GA 30319-6400
(404) 459-5644
(404) 459-4217 (fax)

Dale M. Heist
Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
(215) 568-3100
(215) 568-3439 (fax)

Certificate of Service

I hereby certify that on July 23, 2007, I electronically filed the foregoing **PLAINTIFF'S CERTIFICATION OF SERVICE OF DISCOVERY UPON DEFENDANT** with the Clerk of Court using the CM/ECF system.  In addition, a copy was served by electronic copy and electronic mail on:

Jessica E. Neyman, Esquire
King & Spalding, LLP-Atlanta
1180 Peachtree Street, NE
Atlanta,  GA  30309-3521
(404) 572-2430
(404) 572-5140 (fax)
jneyman@kslaw.com

and
Seungtaik Michael Song, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Two Palo Alto Square
Palo Alto,  CA   94304
(650) 493-9300
(650) 493-6811 (fax)
MSong@wsgr.com

Counsel for Defendant, Jajah, Inc.

/s/ *Christopher M. Arena*
Christopher M. Arena
Georgia Bar No: 887755