# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SELEX COMMUNICATIONS, INC. <br> a Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> JAJAH, INC. <br><br> Defendant. | ) <br> ) <br> ) Civil Case No.: 1:07-cv-00813-TWT <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that the undersigned has maintained the originals of DEFENDANT JAJAH, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF SELEX COMMUNICATIONS, INC. and DEFENDANT JAJAH, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF SELEX COMMUNICATIONS INC. pursuant to Federal Rule of Civil Procedure 5(d), and on July 20, 2007, caused copies thereof to be served upon counsel of record for Plaintiff Selex Communications, Inc. by electronic mail and United States mail, postage prepaid, addressed as follows:

Woodcock Washburn LLP
2002 Summit Blvd., Suite 800
Atlanta, Georgia 30319-6400
(404) 459-5644

The CERTIFICATE OF SERVICE OF DISCOVERY is this day filed with the Clerk of Court **via the ECF system** and served on counsel of record for Plaintiff Selex Communications, Inc. by United States mail, postage prepaid, at the above address.

Dated: July 23, 2007                    Respectfully submitted,

*s/ Jessica E. Neyman*
Benjamin F. Easterlin IV
Georgia Bar No. 237650
Jessica E. Neyman
Georgia Bar No. 141396
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
(404) 572 - 2430
(404) 572 - 5140

James C. Yoon*
S. Michael Song*
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

* Admitted *pro hac vice*

Counsel for Defendant Jajah, Inc.

2