IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SELEX COMMUNICATIONS, INC.

v.

JAJAH, INC.

CIVIL ACTION NO.
1:07cv0813-TWT

# N O T I C E

Counsel in the above case should appear before the Court on August 10, 2007, 10:00 a.m., Chambers 2188 for scheduling conference as request in the parties Joint Preliminary Report and Discovery Plan.

July 24, 2007

By Direction of the Court

/s/Sheila Sewell
Sheila Sewell
Deputy Clerk for Judge Thomas W. Thrash
404-215-1555