IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SELEX COMMUNICATIONS, INC.,
a Delaware Corporation

Plaintiff

v.                                                    CIVIL ACTION NO.

JAJAH, INC.                                           1:07cv0813-TWT

Defendants

## SCHEDULING  O R D E R

The above entitled action is presently before the Court pursuant to the filing

of the parties' Joint Preliminary Report and Discovery Schedule [15].  The Court has

reviewed and approves the parties Joint preliminary Report and Discovery

Schedule.  In the report, the parties have indicated they do not anticipate the need

for additional time beyond the assigned discovery track to complete discovery.  Any

request for a discovery extension may be made if the parties are unable to complete

discovery despite diligent effort in the original discovery period and the request is

made prior to the expiration of the discovery period.  Should there be an extension

of time of the discovery deadline the deadlines for motions for summary judgment

and filing of the Consolidated Pretrial Order shall be adjusted accordingly.

Accordingly,

IT IS HEREBY ORDERED that the discovery deadline in this case is **March

17, 2008**.  Any motions to amend the pleadings must be filed by **August 20, 2007**,

Dockets.Justia.com

unless the filing party has obtained prior permission of the court to file later.    Any

Motions for Summary Judgment must be filed by **April 7, 2008**, and if no Motions

for Summary Judgment are filed, the Proposed Consolidated Pretrial Order will be

due on **April 17, 2008**.  However, if a Motion for Summary Judgment is filed, the

Proposed Consolidated Pretrial Order will be due within 30 days of the Court's

ruling on the Motion for Summary Judgment.

IT IS FURTHER ORDERED that the parties are directed to adhere to the

above deadlines.  Any motions requesting extensions of time must be made prior to

the existing deadline and will be granted only in exceptional cases where the

circumstances on which the request is based did not exist or the attorney(s) could

not have anticipated that such circumstances would arise at the time the Preliminary

Planning Report was filed.  Failure to comply with this order, may result in the

imposition of sanctions, including the dismissal of this action.

Within 10 days from the entry of this Order, counsel for the parties are

directed to confer and determine whether any party will likely be requested to

disclose or produce substantial information from electronic or computer based

media.  If so, the parties are directed to determine: (a) whether disclosure or

production will be limited to data reasonably available to the parties in the ordinary

course of business; (b) the anticipated scope, cost and time required for disclosure

or production of data beyond what is reasonably available to the parties in the

ordinary course of business; (c) the format and media agreed to by the parties for the

production of such data as well as agreed procedures for such production; (d)

whether reasonable measures have been taken to preserve potentially discoverable

data from alteration or destruction in the ordinary course of business or otherwise;

and (e) whether there are other problems which the parties anticipate that may arise

in connection with electronic or computer-based discovery.  Counsel are directed to

the American Bar Association Section of Litigation Civil Discovery Standards § 29

(August 1999)(available upon request from the Court) for guidance.  Any

agreements as to the foregoing shall be set forth in a written agreement or consent

order.  If there are substantial disagreements, a discovery conference with the Court

should be requested.

The Clerk is directed to submit this action on  **April 21, 2007**, if the parties

have not filed a Motion for Summary Judgment or Proposed Pretrial Order.

SO ORDERED, this 24th  day of July 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE