# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG - 7 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

07-CV-0813
_____
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This __7__ day of __August__, 20__07__.

_____
UNITED STATES DISTRICT JUDGE

\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Erich M. Falke, Esquire |
| Residence Address: | 1752-A Finch Court |
| | Yardley, PA 19067 |
| Business Address: | Woodcock Washburn, LLP |
| | Firm/Business Name |
| | 2929 Arch Street, 12th Fl., Philadelphia, PA 19104-2891 |
| | Street Address / City / State / Zip Code |

Mailing Address if Other Than Street Address

215-564-6529
Telephone Number (Include area code)