# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cv-00813-TWT
## Selex Communications, Inc. v. Jajah, Inc.
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 08/10/2007.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:20 A.M.
TIME IN COURT: 0:15
COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Arena representing Selex Communications, Inc.<br>Dale Heist representing Selex Communications, Inc. by telephone<br>Seungtaik Song representing Jajah, Inc.<br>James Yoon representing Jajah, Inc.<br>** Benjamin Easterlin IV for Jajah, Inc. |
| PROCEEDING CATEGORY: | Scheduling Conference; |
| MINUTE TEXT: | The Court heard from counsel regarding the extension of time for the filing of certain documents that have been agreed to by counsel. The Scheduling of Markman Hearing discussed with the goal date for the hearing in mid-February, 2008. Mr. Yoon to prepare consent order incorporating the dates discussed and agreed to during the conference along with the briefing schedule for the Markman Hearing, have reviewed by other counsel and submit to the Court for signature. |
| HEARING STATUS: | Hearing Concluded |