IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELEX COMMUNICATIONS, INC.<br><br>a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>JAJAH, INC.<br><br>Defendant. | Civil Action No.: 1:07-cv-00813-TWT<br><br><br><br>JOINT PROPOSED SCHEDULING ORDER |

## JOINT PROPOSED SCHEDULING ORDER

On August 27, 2007, the Court entered the Joint Proposed Scheduling Order [Docket No. 26] filed by the parties on August 22, 2007 [Docket No. 25]. Subsequent to that Order, the parties have been negotiating a settlement. In furtherance of settlement, the parties have agreed to a slight modification of the deadlines for the parties' obligations under Local Patent Rules 4.2 and 4.3. The proposed changes, as set forth below, do not impact the close of fact discovery. The parties respectfully request entry of the attached proposed scheduling order.

| Event | Due Date |
|---|---|
| **Response to infringement contentions (LPR 4.2)** | New Date: Oct 18, 2007<br><br>Previous Date: Oct. 4, 2007 |
| **Invalidity contentions (LPR 4.3)** | New Date: Oct 22, 2007<br><br>Previous Date: Oct. 4, 2007 |

Respectfully submitted this 1st day of October, 2007.

By: /s/ *Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
Adriana Midence
Georgia Bar No. 142298
Thompson Hine LLP
One Atlantic Center, Suite 2200
1201 W. Peachtree Street
Atlanta, Georgia 30309-3449
(404) 541 – 2900
(404) 541 – 2905
Counsel for Defendant, JAJAH, Inc.

By: /s/ *Christopher M. Arena**
Christopher M. Arena
Georgia Bar No. 887755
Woodcock Washburn LLP
2002 Summit Blvd., Suite 800
Atlanta, GA 30319-6400
(404) 459-5644
(404) 459-4217 (fax)

Counsel for Plaintiff, Selex Communications, Inc.
* With Express Permission

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELEX COMMUNICATIONS, INC.<br><br>a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>JAJAH, INC.<br><br>Defendant. | Civil Action No.: 1:07-cv-00813-TWT<br><br><br><br>JOINT PROPOSED<br>SCHEDULING ORDER |

## ORDER

This matter having come before the Court on the parties' Joint Proposed Scheduling Order, it is HEREBY ORDERED that the parties will adhere to the following deadlines:

| Event | Due Date |
|---|---|
| Response to infringement contentions (LPR 4.2) | New Date: Oct 18, 2007<br><br>Previous Date: Oct. 4, 2007 |
| Invalidity contentions (LPR 4.3) | New Date: Oct 22, 2007<br><br>Previous Date: Oct. 4, 2007 |

IT IS SO ORDERED, this _____ day of October, 2007.


_____
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Time New Roman font size 14 in accordance with Local Rule 5.1(C)(3).

This 1st day of October, 2007.

                                                */s/ Cary Ichter*
                                                Cary Ichter
                                                Georgia Bar No. 382515

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2007, a copy of the foregoing **JOINT PROPOSED SCHEDULING ORDER** was electronically filed with the Clerk of this Court using the CM/ECF system, which will automatically send email notification of same to the following attorneys of record:

>Christopher M. Arena
>Georgia Bar No. 887755
>Woodcock Washburn LLP
>2002 Summit Blvd., Suite 800
>Atlanta, GA 30319-6400

>*/s/ Cary Ichter*
>Cary Ichter
>Georgia Bar No. 382515