FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

OCT 2 2007

JAMES N. HATTEN, Clerk
By: /s/ Jewell
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELEX COMMUNICATIONS, INC. <br><br> a Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> JAJAH, INC. <br><br> Defendant. | Civil Action No.: 1:07-cv-00813-TWT <br><br><br> JOINT PROPOSED SCHEDULING ORDER |

### ORDER

This matter having come before the Court on the parties' Joint Proposed Scheduling Order, it is HEREBY ORDERED that the parties will adhere to the following deadlines:

| Event | Due Date |
|---|---|
| Response to infringement contentions (LPR 4.2) | New Date: Oct 18, 2007 <br><br> Previous Date: Oct. 4, 2007 |
| Invalidity contentions (LPR 4.3) | New Date: Oct 22, 2007 <br><br> Previous Date: Oct. 4, 2007 |

IT IS SO ORDERED, this 2 day of October, 2007.

*Thomas W. Thrash*
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE